THE CITY OF LEAVENWORTH v. R. ASHBY *et al.*
No. 13,459.   (75 Pac. 1133.)

Error from Leavenworth district court; J. H. GILLPATRICK, judge.   Opinion filed February 6, 1904.   Affirmed.

*F. P. Fitzwilliam*, for plaintiff in error.
*William Dill*, for defendants in error.

*Per Curiam:* The damage sustained by the defendants in error did not result from a defective planning of the improvement in the street, but was occasioned by the negligent acts of the agents of the city in carrying out the plan. The case was tried in the court below upon this theory, and the judgment is amply supported by the evidence.

The judgment of the court below will be affirmed.